U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN - 7 2016

TONY R. MOORE, CLERK
BY: _____MB_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TONYA H. CHELETTE | CIVIL ACTION NO. 1:14-CV-03294 |
| VERSUS | JUDGE TRIMBLE |
| U.S. COMMISSIONER OF SOCIAL SECURITY, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## AMENDED J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that that Chelette's appeal is **GRANTED**, the final decision of the Commissioner is VACATED, and Chelette's case is **REMANDED** to the Commissioner for further proceedings to determine her 2013 disability onset date and the duration of that disability.

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana on this 7th day of June, 2016.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE